**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAYSEAN HOWARD, | ) | CASE NO. 1:23-CV-1174 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| WARDEN HAROLD MAY, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Respondent. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On June 12, 2023, Petitioner Raysean Howard ("Petitioner") filed a Petition for a Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2254. (ECF No. 1). Petitioner additionally filed a motion to stay. (ECF No. 2). On July 21, 2023, Respondent opposed Petitioner's motion to stay. (ECF No. 5). On January 5, 2024, Magistrate Judge Carmen E. Henderson submitted a Report and Recommendation ("R&R"), recommending that the Court deny the motion to stay and allow Petitioner thirty days to file a traverse in support of his petition. (ECF No. 9).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. The R&R gave the parties notice of the 14-day time limit for filing objections. (ECF No. 9). On January 5, 2024, a copy of the R&R was mailed to Petitioner. As of February 22, 2024, neither party filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of the portions of the R&R to which the parties objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *See Peretz v. US*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42, 149–50 (1985).

Accordingly, the Court **ADOPTS** Magistrate Judge Henderson's Report and Recommendation, incorporates it fully herein by reference, and **DENIES** Petitioner's motion to stay. Petitioner shall file a traverse in support of his petition by **March 25, 2024**.

**IT IS SO ORDERED.**

Date: February 22, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**